

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

DEC 11 2024

BY ___JM___
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:24-cr-00222 |
| v. | ) | |
| | ) | 18 U.S.C. § 922(g) |
| | ) | 18 U.S.C. § 922(o) |
| JACK BUFORD, JR. | ) | 18 U.S.C. § 924 |

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

On or about February 27, 2024, in the Middle District of Tennessee, the defendant, **JACK BUFORD, JR.,** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit: a Glock, Model 19, 9mm caliber pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

### COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about February 27, 2024, in the Middle District of Tennessee, the defendant, **JACK BUFORD, JR.,** did knowingly possess a machinegun, to wit: a Glock switch, which is a part designed and intended for use in converting a weapon into a machinegun, and is, therefore, a machinegun as defined in Title 26, United States Code, Section 5845(b).

In violation of Title 18, United States Code, Sections 922(o) and 924.

A TRUE BILL

_____
FOREPERSON

THOMAS J. JAWORSKI
ACTING UNITED STATES ATTORNEY

*Juliet Aldridge*
JULIET ALDRIDGE
ASSISTANT UNITED STATES ATTORNEY